# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERT HENRY MASON,**

    **Plaintiff,**

vs.                                                      Case No.: 2:14-cv-410
                                                           **JUDGE GEORGE C. SMITH**
                                                           **Magistrate Judge Kemp**

**TONY AYRES,** *et al.***,**

    **Defendants.**

## ORDER

On August 16, 2016, the United States Magistrate Judge issued a *Report and Recommendation* and Order recommending that Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction be **DENIED**.  (*See Report and Recommendation*, Doc. 51).  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 36) is hereby **DENIED**.

The Clerk shall remove Documents 36 and 51from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                               */s/ George C. Smith*
                                                               **GEORGE C. SMITH, JUDGE**
                                                              **UNITED STATES DISTRICT COURT**