IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert Henry Mason,          :

    Plaintiff,           :

 v.                          :    Case No. 2:14-cv-410

Tony Ayres, et al.,          :    JUDGE GEORGE C. SMITH
                                   Magistrate Judge Kemp

    Defendants.          :

<u>ORDER</u>

    Defendants have moved to stay the deadline to respond to the motion requesting dismissal of plaintiff's motion for a temporary restraining order.  The motion sets forth good cause for the stay and the motion (Doc. 58) is therefore granted.  Defendants shall respond to that motion in connection with their response to plaintiff's motion for summary judgment which is due to be filed within 30 days of August 30, 2016.

                                                 <u>/s/Terence P. Kemp</u>
                                                 United States Magistrate Judge